

# Fourth Court of Appeals
## San Antonio, Texas

October 20, 2020

No. 04-20-00470-CV

Julie G. **HENSLEY** and Mark B. Hensley,
Appellants

v.

**THE CITY OF INGRAM**,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 19355B
Honorable Solomon Casseb, Jr., Judge Presiding

# O R D E R

In this accelerated appeal, the clerk's record was due on September 21, 2020. However, the order cited in the notice of appeal was not filed with the trial court clerk. After the due date, the Bexar County District Clerk filed a notification of late record requesting additional time to prepare the clerk's record, which the clerk estimates to be 650 pages.

The notice explains that the clerk will first complete a bill of cost for the appellant and that the record will be available this week if Appellant provides payment.

We ORDER Appellant to provide written proof to this court within SEVEN DAYS of the date of this order that (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee, or (2) Appellant is entitled to appeal without paying the clerk's fee. *See* TEX. R. APP. P. 20.1.

If Appellant fails to respond as ordered, this appeal will be dismissed for want of prosecution. *See id.* R. 37.3(b).

If Appellant responds as ordered, the clerk's record will be due SEVEN DAYS after this court receives written proof that the clerk's record fee has been paid.

FILE COPY

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of October, 2020.

MICHAEL A. CRUZ, Clerk of Court